**DISMISS; and Opinion Filed May 21, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01359-CV

### JEFFREY LONGINO, Appellant
### V.
### HPA TEXAS SUB 2018-1 LLC C/O PATHLIGHT PROPERTY MGT, Appellee

On Appeal from the County Court at Law No. 5
Collin County, Texas
Trial Court Cause No. 005-03013-2018

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Reichek
Opinion by Justice Schenck

This is an appeal from the county court's order in a forcible detainer action awarding appellee possession of appellant's residence. A review of the record revealed that, following the filing of the appeal, a writ of possession was served and the property was turned over to appellee. Because an appeal in a forcible detainer action generally becomes moot when the appellant no longer has possession of the property, we questioned our jurisdiction over the appeal. *See Olley v. HVM, LLC*, 449 S.W.3d 572, 575 (Tex. App.—Houston [14th Dist.] 2014, pet. denied). We directed appellant to file, within ten days, a letter brief addressing our concern and cautioned appellant that failure to comply could result in dismissal of the appeal without further notice. *See*

TEX. R. APP. P. 42.3(a). More than ten days have passed, but appellant has not responded.

Accordingly, we dismiss the appeal. *See id.*; *Olley*, 449 S.W.3d at 575.


/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

181359F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

JEFFREY LONGINO, Appellant

No. 05-18-01359-CV        V.

HPA TEXAS SUB 2018-1 LLC C/O
PATHLIGHT PROPERTY MGT, Appellee

On Appeal from the County Court at Law
No. 5, Collin County, Texas
Trial Court Cause No. 005-03013-2018.
Opinion delivered by Justice Schenck,
Justices Osborne and Reichek participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** appellee HPA Texas Sub 2018-1 LLC c/o Pathlight Property Mgt recover its costs, if any, of this appeal from appellant Jeffrey Longino.

Judgment entered this 21st day of May 2019.